UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRON L. THOMPSON,<br><br>    Defendant. | )<br>)   CASE NO. CR24-226 RAJ<br>)<br>)<br>)<br>)   DETENTION ORDER<br>)<br>)<br>)<br>) |

<u>Offenses charged</u>:

   1.  Unlawful Possession of a Firearm

   2.  Possession of Fentanyl with Intent to Distribute

<u>Date of Detention Hearing</u>:  August 26, 2025.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and based on the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant poses a risk of flight because he fled from law enforcement at the time of his arrest, and has pending warrants in other jurisdictions. Defendant poses a danger to the community based upon his extensive criminal history involving violence, assault, robbery, and multiple firearms convictions, which mirror the underlying charges here, and he has violations of his DOC supervision. His flight from law enforcement at the time of his arrest also posed a danger to the community.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 26th Day of August, 2025.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3