The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TERRON L. THOMPSON JR.,<br>Defendant. | NO. 2:24-cr-00226-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property, which was seized on or about November 8, 2024, in Bellevue, Washington ("Subject Property") and has been preliminarily forfeited by Defendant Terron L. Thompson Jr.:

a. A Taurus 9mm caliber pistol, bearing serial number ABK998885; and

b. Any associated ammunition and accessories.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On February 10, 2026, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(a), and forfeiting Defendant Thompson's interest in it (Dkt. No. 31);



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 38) and provided direct notice, by means reasonably calculated to reach them, to seven addresses associated to one potential claimant, as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture ¶¶ 2-6, Exhibit A);
- The United States has no additional current contact information for the sole identified potential claimant and has used all available efforts to contact that potential claimant (*see id.*); and
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Bureau of Tobacco, Alcohol, Firearms and Explosives (ATF), and/or its authorized agents or representatives, are authorized to dispose of the Subject Property in accordance with the law.

IT IS SO ORDERED.

DATED this 17th day of September, 2026.

The Honorable Richard A. Jones
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970